Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.:  22−10839−JKS
                       Chapter:  13
                       Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly K. Lally
   54 Farmbrook Road
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−3682

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2022.

Dated: July 18, 2022
JAN: zlh

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kelly K. Lally  
    Debtor

Case No. 22-10839-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jul 18, 2022     Form ID: plncf13     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly K. Lally, 54 Farmbrook Road, Sparta, NJ 07871-4015 |
| 519498079 | + | Green Tree Servicing, c/o Ditech Financial, 1100 Virginia Avenue, Suite 100A, Fort Washington, PA 19034-3279 |
| 519498081 | + | John J. Stank, c/o Bell Law Group, PO Box 220, Rockaway, NJ 07866-0220 |
| 519498082 | + | Johnny on the Spot, c/o Kathleen R. Wall, Esq., 2640 Highway 70, PO Box, Manasquan, NJ 08736-2609 |
| 519498085 | + | State of New Jersey Division of Taxation, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08646-0245 |
| 519498086 | + | Stephen Einstein & Assoc., PC, c/o Green Tree Servicing, 20 Vessey Street, Suite 1406, New York, NY 10007-4217 |
| 519498088 | + | Wickes Lumber Company, c/o Bart J. Klein, 2066 Millburn Avenue, Maplewood, NJ 07040-3727 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2022 20:51:48 | AIS Portfolio Services, LP Attn: Ally Financial De, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:13 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519500682 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2022 20:51:38 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519498078 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 18 2022 20:41:00 | Bayview Loan Servicing, 4425 Ponce de Leon Boulevard, Miami, FL 33146-1839 |
| 519508233 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2022 20:41:00 | Community Loan Servicing, f/k/a Bayview, 4425 Ponce de Leon Boulevard, Miami, FL 33146-1839 |
| 519555136 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2022 20:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519498080 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2022 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519532893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2022 20:51:48 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519498084 | | Email/Text: signed.order@pfwattorneys.com | Jul 18 2022 20:41:00 | Pressler, Felt & Warshaw, c/o TD Bank, 7 Entin Road, Parsippany, NJ 07054 |

Case 22-10839-JKS    Doc 34    Filed 07/20/22    Entered 07/21/22 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519554117 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 18 2022 20:41:00 | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 519499341 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519498087 | | Email/Text: bankruptcy@td.com | Jul 18 2022 20:42:00 | TD Bank, 70 Gray Road, Falmouth, ME 04105 |
| 519508231 | + | Email/Text: signed.order@pfwattorneys.com | Jul 18 2022 20:41:00 | TD Bank, NA, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519500683 | *+ | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519498083 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S Fairman | on behalf of Creditor Community Loan Servicin LLC bfairman@aldridgepite.com BSF@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stephen B. McNally | on behalf of Debtor Kelly K. Lally steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5