Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 20-10827 (JNP)**

Haile P. Perez and Rosalba M. Perez
127 Schaffer Avenue
Cedarville, NJ  08311

Monthly Payment: $1,505.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/12/2021 | $2,936.00 | 03/16/2021 | $1,468.00 | 06/01/2021 | $2,936.00 | 06/01/2021 | $1,468.00 |
| 06/09/2021 | $1,468.00 | 06/10/2021 | $1,468.00 | 08/03/2021 | $1,505.00 | 10/06/2021 | $1,505.00 |
| 11/12/2021 | $1,505.00 | 12/17/2021 | $1,505.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HAILE P. PEREZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,960.00 | $3,960.00 | $0.00 | $3,960.00 |
| 1 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $350.00 | $0.00 | $350.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $243.44 | $0.00 | $243.44 | $0.00 |
| 4 | CENTER FOR DIAGNOSTIC IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,160.63 | $0.00 | $1,160.63 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $222.00 | $0.00 | $222.00 | $0.00 |
| 7 | CUMBERLAND COUNTY TAXATION BOARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DIVERSIFIED CONSULTANTS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EMBRACE HOME LOANS, INC. | 24 | $39,783.29 | $0.00 | $39,783.29 | $553.29 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $652.04 | $0.00 | $652.04 | $0.00 |
| 11 | GLOBAL LENDING SERVICES, LLC | 24 | $24,251.14 | $5,507.03 | $18,744.11 | $337.27 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $971.54 | $0.00 | $971.54 | $0.00 |
| 16 | JEFFERSON CAPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LAWRENCE TOWNSHIP TAX ASSESSOR | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MERRICK BANK | 33 | $427.84 | $0.00 | $427.84 | $0.00 |
| 19 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PMAB LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ROUNDPOINT MORTGAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SELIP & STYLIANOU LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Slomin's Inc | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SOUTH JERSEY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | AFNI, INC. | 33 | $2,968.10 | $0.00 | $2,968.10 | $0.00 |
| 26 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | THE SWISS COLONY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MIDLAND FUNDING, LLC | 33 | $3,023.57 | $0.00 | $3,023.57 | $0.00 |
| 29 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | VERIZON BY AMERICAN INFOSOURCE | 33 | $468.14 | $0.00 | $468.14 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | ROSALBA M. PEREZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SPRINT CORPORATION | 33 | $4,839.34 | $0.00 | $4,839.34 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $367.58 | $0.00 | $367.58 | $0.00 |
| 36 | MASSEY'S | 33 | $280.89 | $0.00 | $280.89 | $0.00 |
| 37 | VERIZON BY AMERICAN INFOSOURCE | 33 | $124.01 | $0.00 | $124.01 | $0.00 |
| 38 | QUANTUM3 GROUP, LLC | 33 | $155.04 | $0.00 | $155.04 | $0.00 |
| 39 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | EMBRACE HOME LOANS, INC. | 24 | $4,187.45 | $58.24 | $4,129.21 | $58.24 |
| 41 | EMBRACE HOME LOANS, INC. | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 42 | EMBRACE HOME LOANS, INC. | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 17.00 | $0.00 |
| 07/01/2021 | Paid to Date | $17,644.00 |
| 08/01/2021 | 42.00 | $1,505.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $17,764.00 |
| Total paid to creditors this period: | $5,439.80 |
| Undistributed Funds on Hand: | $11,305.37 |
| Arrearages: | $1,505.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**